No. 01–9946. WILLIAMS *v.* COYLE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–10031. JINADU *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–10084. PARDEE *v.* CONROY, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 01–10134. CLOPTON *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–10175. SILVA *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 01–10220. IHEKE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10304. ROSAS-ZULOAGA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–10306. RAMOS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–10307. RODRIGUEZ-LAZCANO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10311. PHELPS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10312. VALENZUELA-URIAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10313. SANTOS-DE LA ROSA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10314. WATTS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10316. LACEDRA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–10318. AMEZCUA *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–10319. BLAIR, AKA BROWN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.